UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Latrenda Leverett, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.:  3:15-cv-02626-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| Great Lakes Educational Loan | ) | |
| Services, Inc., Trans Union, LLC and | ) | |
| Experian Information Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.'S
RESPONSES TO S.C. LOCAL RULE 26.01 INTERROGATORIES**

Pursuant to S.C. Local Civil Rule 26.01, Defendant Great Lakes Educational Loan

Services, Inc.'s ("GLELSI") answers as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who

may have a subrogation interest in each claim and state the basis and extent of said

interest.

**ANSWER:    GLELSI is not aware of any at this time.**

(B)    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    Plaintiff has requested a jury trial.  Therefore, the matter should be

tried by a jury.**

(C)    State whether the party submitting these responses is a publicly owned company and

separately identify: (1) each publicly owned company of which it is a parent, subsidiary,

partner, or affiliate; (2) each publicly owned company which owns ten percent or more of

1

the outstanding shares or other indicia of ownership of the party; and (3) each publicly

owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:   GLELSI is not a publicly owned company, no publicly held corporation owns 10% or more of GLELSI's stock nor does GLELSI own 10% or more of any publicly owned company.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of

any challenge to the appropriateness of the division).

**ANSWER:    On May 22, 2015, the subject case was originally filed in the South Carolina Court of Common Pleas for the Fifth Judicial Circuit in the County of Richland.   On July 1, 2015, Defendant Trans Union, LLC, with consent of all Defendants, removed the case to the Columbia Division of the United States District Court for the District of South Carolina as the Plaintiff allegedly resides therein.  At this time, GLELSI does not challenge the appropriateness of the division.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether

civil or criminal?  If so, provide (1) a short caption and the full case number of the related

action; (2) an explanation of how the matters are related; and (3) a statement of the status

of the related action.  Counsel should disclose any cases which may be related regardless

of whether they are still pending.  Whether cases are related such that they should be

assigned to a single judge will be determined by the Clerk of Court based on a

determination of whether the cases: arise from the same or identical transactions,

happenings, or any other reason would entail substantial duplication of labor if heard by

different judges.

**ANSWER:    No.**

(F)    If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    "Great Lakes Educational Loan Services, Inc." is properly identified.**

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting the claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:    GLELSI asserts Plaintiff and/or the Plaintiff's ex-husband, Mr. Isaac Lee, III, may have liability for action or inaction related to Plaintiff's alleged claims. Beyond Plaintiff, and allegedly the other named Defendants, GLELSI is not aware of any other such person or legal entity at this time.**

Respectfully submitted,

July 8, 2015.

Respectfully submitted,

s/ Chad V. Echols
Chad V. Echols (Fed ID No. 9810)
Bess D. Lochocki (Fed ID No. 12042)
The Echols Firm, LLC
Post Office Box 12645
115 Oakland Ave. Suite 102 (29730)
Rock Hill, South Carolina 29731
803-329-8970
chad.echols@theecholsfirm.com
bess.lochocki@theecholsfirm.com
ATTORNEY FOR DEFENDANT
GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC.

3

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Latrenda Leverett, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.:  3:15-cv-02626-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| Great Lakes Educational Loan | ) | |
| Services, Inc., Trans Union, LLC and | ) | |
| Experian Information Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that Great Lakes Education Loan Services, Inc.'s **Responses to S.C. Local Rule 26.01 Interrogatories** were served upon Plaintiff's counsel and all counsel of record on the 8th day of July, 2015 by electronic mail through the Clerk of Court's ECF System addressed as:

David A. Maxfield
Dave Maxfield, Attorney at Law, LLC
5217 N. Trenholm Road, Suite B
Columbia, SC 29206
(803) 509-6800
(855) 299-1656 Fax
dave@consumerlawsc.com
COUNSEL FOR PLAINTIFF

Wilbur E. Johnson
Young Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax
wjohnson@ycrlaw.com
COUNSEL FOR TRANS UNION, LLC

Dawn M. Hardesty
Adams and Reese LLP
1501 Main Street, 5th Floor
Columbia, SC 29201
(803) 212-4412
(803) 212-1344 Fax
dawn.hardesty@arlaw.com
COUNSEL FOR EXPERIAN
INFORMATION SOLUTIONS, LLC

s/ Chad V. Echols
Chad V. Echols (Fed. I.D. No. 9810)
The Echols Firm, LLC

4